# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SUNTRUST BANK,**

                **Plaintiff,**

-vs-                                  Case No. 6:09-cv-428-Orl-31KRS

**ROBERT PETER MOLA, JR. and**
**KRISTINA CLAIRE WILDMAN MOLA,**

                **Defendants.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Motion for Default Judgment (Doc. No. 11) filed April 16, 2009.

On June 11, 2009, the United States Magistrate Judge issued a report (Doc. No. 12) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

    1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2. The Motion for Default Judgment is GRANTED. the Clerk shall enter judgment for Plaintiff and against Defendants, jointly and severally, in the amount of $176,241.18 plus prejudgment interest in the amount of $9,994.66, for a total of $186,235.84.

    3. Following entry of judgment, the Clerk shall close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 30th day of June, 2009.

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE